UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KEITH MATHIS,**

    **Peittioner,**

**v.**                                              **Case No. 1:17cv127-TKW-HTC**

**MARK INCH,**

    **Respondent.**

_____/

# **O R D E R**

This case is before the Court on the magistrate judge's Report and Recommendation (Doc. 32) and Peitioner's objections (Doc. 35). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge's disposition of each of the claims in Peitioner's amended §2254 petition. I also agree with the magistrate judge's determination that an evidentiary hearing is not warranted. Accordingy, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Petitioner's amended §2254 petition is **DENIED**.

    3.    A certificate of appealability is **DENIED.**

    4.    The Clerk shall close the case file.

**DONE and ORDERED** this 22nd day of Novmber, 2019.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**